```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
In re Application of                                         :
REPUBLIC OF KAZAKHSTAN                                       :
For an Order to Take Discovery Pursuant to 28                :
U.S.C. § 1782(a)                                             :    1:18-mc-540
                                                             :
------------------------------------------------------------ X    ORDER

GREGORY H. WOODS, United States District Judge:

The Court has reviewed the Ex Parte Application of the Republic of Kazakhstan for Judicial Assistance Pursuant to 28 U.S.C. § 1782 (the "Application"). The Court will not grant the requested relief *ex parte*. Accordingly, Petitioner is directed to serve the Application and this order on the intended respondents no later than December 7, 2018, and to retain proof of service. Any opposition to the application must be served no later than December 31, 2018. Petitioner's reply, if any, is due no later than January 7, 2019. The Court expects the briefing to address the Second Circuit's holding in *Kiobel by Samkalden v. Cravath, Swaine & Moore LLP*, 895 F.3d 238 (2d Cir. 2018).

The Court will hold a hearing on the Application on January 29, 2018 at 4:30 p.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated: November 26, 2018
       New York, New York

                                                      _____
                                                           GREGORY H. WOODS
                                                         United States District Judge